UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 1:12-CR-194-20 |
| : | |
| JAMES THOMPSON, : | (Judge Caldwell) |
|     Defendant : | |

*O R D E R*

AND NOW, this 5th day of October, 2017, it is ordered that Defendant's letter motion (Doc. 1271), treated as a petition under 28 U.S.C. § 2241, requesting a modification in his sentence is dismissed for lack of jurisdiction. Dismissal is without prejudice to filing a 2241 petition in the appropriate district court.

                                                    <u>/s/ William W. Caldwell</u>
                                                    William W. Caldwell
                                                    United States District Judge